IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02650-MSK-CBS

MARY V. CEBALLES,

    Plaintiff,

v.

WESTER FORGE CORPORATION, a Delaware corporation and
EMERSON ELECTRIC CORPORATION, a Missouri corporation,

    Defendants.

_____

## ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
## EMERSON ELECTRIC CORPORATION WITH PREJUDICE
_____

    THIS MATTER having come before the Court on the Motion stipulated by all parties for the dismissal of all claims against Emerson Electric Co., erroneously named as Emerson Electric Corporation in the Complaint, with prejudice, and the Court finding the Motion to be well-taken,

    The Motion is GRANTED. The Complaint against Emerson Electric Co. and all claims raised therein against Emerson Electric Co. is dismissed, with prejudice, and with each party to

bear its own costs and attorney fees.  The caption of this case is amended to omit any reference to Defendant Emerson Electric Corporation or Emerson Electric Co.

Dated this 28th day of  July, 2005

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge