IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02650-MSK-CBS

MARY V. CEBALLES,

    Plaintiff,

v.

WESTER FORGE CORPORATION, a Delaware corporation, and
EMERSON ELECTRIC CORPORATION, a Missouri corporation,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendants' Unopposed Motion to Amend Scheduling Order to Reschedule Settlement Conference (*Doc. No. 16,* Filed July 28, 2005) is **GRANTED.** It is further

    **ORDERED** the Settlement Conference set August 12, 2005 at 10:00 a.m. is **vacated** and **RESET** to **October 28, 2005 at 10:00 a.m. (Mountain Time)** in Courtroom A402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  It is further

    **ORDERED** parties shall e-mail an Updated Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov** on or before **5:00 p.m. (Mountain Time) on October 21, 2005**. This statement shall briefly outline the facts and issues involved in the case, and the possibilities for settlement, including any settlement authority from the client.

    **ORDERED** that counsel **shall have parties present** who shall have **full authority** to negotiate **all** terms and demands presented by the case, and **full authority** to enter into a

settlement agreement, including an adjustor if an insurance company is involved. This requirement is not satisfied by the presence of counsel only.

      Please remember that **anyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show **valid photo identification**. *See* D.C.COLO.LCivR 83.2B.

**DATED:**    July 29, 2005