IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-02650-MSK-CBS

MARY V. CEBALLES

      Plaintiff,

v.

WESTERN FORGE CORPORATION, a Delaware corporation

      Defendant.

---

## ORDER AMENDING SCHEDULING ORDER

---

THIS MATTER having come before the court on Defendant's Unopposed Motion to

Amend Scheduling Order to Extend Expert Designation Deadline (filed October 26, 2005; *doc.*

*no. 21*), and the court being fully apprised IT IS THEREFORE

**ORDERED**, that the motion is **GRANTED**.  The scheduling order is amended to extend

the deadline for disclosure of expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2) to and including

**November 18, 2005**.

DATED at Denver, Colorado, this 27th day of October, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge